# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2019 JUN -7 AM 8:45
CLERK ___ SO. DIST. OF GA.

United States of America
v.
Reginald Demarco Smith (True Name), aka Reginald Demarco Barnes, Reginald Bernard Barnes, Reginald Damon Barnes, Reginald Leach, "Gunslinger"

Case No: CR107-00049-001

USM No: 12911-021

Date of Original Judgment: February 21, 2008
Date of Previous Amended Judgment: June 15, 2010
*(Use Date of Last Amended Judgment if Any)*

Richard E. Allen
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___168___ months **is reduced to** ___Time Served___.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

In addition to reducing the imprisonment term as noted above, the previously imposed term of supervised release shall remain as previously imposed. Furthermore, the Defendant's Motion for appointment of counsel is dismissed as moot.

Except as otherwise provided, all provisions of the judgment dated ___February 21, 2008___ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: June 7, 2019

*Judge's signature*

Effective Date: June 14, 2019
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*